JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 12-1741 JVS (JPRx) | Date October 18, 2012 |
| Title Shin v. Wells Fargo, National Association | |

Present: The Honorable  James V. Selna

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers)  **Order Remanding Case to the Superior Court of the State of California for the County of Orange**

On October 9, 2012, Wells Fargo, N.A. removed this case from the Superior Court of the State of California for the County of Orange of the basis of diversity jurisdiction, 28 U.S.C. 1332(a).  (Notice of Removal, p. 2.)

Plaintiffs are citizens of California.  (Id., pp. 2-3.)

Wells Fargo asserts that it is a citizen of only South Dakota, and hence it is diverse to the plaintiffs.  (Id., p. 5 *et seq.*)  The Court has previously found and stated at length its conclusion that Wells Fargo is also a citizen of the state of California.  Greenlee v. Wells Fargo, EDCV 12-789 JVS (DTBx) (Docket No. 14.)

Because complete diversity is lacking here, the Court *sua sponte* remands the case to the Superior Court of the State of California for the County of Orange..

| | : | 00 |
|---|---|---|
| Initials of Preparer | nkb | |